**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Matthew P Shendell,<br>*d/b/a* Nashfit LLC,<br>*d/b/a* Ains Holding Company LLC,<br>*d/b/a* Ron Bon LLC,<br>*d/b/a* Shendell Equities LLC,<br>*d/b/a* Ainsworth Grille Portal LLC,<br>*d/b/a* M+A Equity Partners LLC,<br>*d/b/a* Timesquarefit LLC,<br>*d/b/a* Ains Nashville LLC,<br>*d/b/a* Park 33 Restaurant LLC,<br>*d/b/a* Paige Hospitality Group LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 1-26-40821-ess |

**STIPULATION EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE AND ANY CLAIMED EXEMPTIONS, AND FOR DISMISSAL**

IT IS HEREBY stipulated and agreed by and between the undersigned that the time periods for the Trustee and the United States Trustee to object to the discharge of the Debtor, for objection to any claimed exemptions of property of the estate, and for dismissal of the case are hereby extended until July 22, 2026.

| | |
|---|---|
| Dated: New York, New York<br>June 23, 2026 | ALAN NISSELSON, *Chapter 7 Trustee*<br><br>By: /s/ Alan Nisselson<br>Alan Nisselson (anisselson@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Tel: (212) 237-1000 |

| | |
|---|---|
| Dated: New York, New York<br>June 25, 2026 | ALLAN B. MENDELSOHN, LLP<br>*Attorneys for the Debtor*<br><br>By: /s/ Allan B. Mendelsohn<br>Allan B. Mendelsohn<br>(amendelsohn@amendelsohnlaw.com)<br>38 New Street<br>Huntington, NY 11743<br>Tel: (631) 923-1625 |
| Dated: New York, New York<br>June 23, 2026 | WILLIAM K. HARRINGTON UNITED STATES TRUSTEE, *REGION 2*<br><br>By: /s/ Nazar Khodorovsky<br>Nazar Khodorovsky<br>Trial Attorney<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 510<br>New York, NY 10004-1408<br>Tel.: (212) 206-2580 |

***It is so ordered.***

**Dated: Brooklyn, New York**
**June 25, 2026**

Elizabeth S. Stong
United States Bankruptcy Judge