UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X

| | |
|---|---|
| In re: | Chapter 7 |
| Matthew P. Shendell, | Case No. 26-40821 (ESS) |
| Debtor. | |

-----------------------------------X

**STIPULATION (I) EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE AND (II) SCHEDULING EXAMINATION OF THE DEBTOR PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

WHEREAS, on February 19, 2026 (the "Filing Date"), Matthew P. Shendell (the "Debtor") commenced this bankruptcy case by filing a voluntary petition under chapter 7; and

WHEREAS, by stipulation and order signed on May 13, 2026, the Court extended the United States Trustee's deadline to object to the Debtor's discharge (the "Deadline") to July 1, 2026; and

WHEREAS, by stipulation and order signed on June 25, 2026, the Court extended the Deadline to July 22, 2026; and

WHEREAS, the last date for the United States Trustee to object to the Debtor's discharge was July 22, 2026; and

WHEREAS, on July 21, 2026, the United States Trustee filed a motion (the "Motion") seeking (i) an examination of the Debtor under Rule 2004 of the Federal Rules of Bankruptcy Procedure and (ii) a further extension of the of the Deadline; and

WHEREAS, the United States Trustee and the Debtor wish to resolve the issues the United States Trustee raised in the Motion.

It is hereby STIPULATED AND ORDERED that:

1. The time for the United States Trustee to object to the Debtor's discharge

pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004(b) is hereby extended through and including October 30, 2026 (the "October Deadline").

2. The United States Trustee may seek an extension of the October Deadline upon a further showing of cause, in compliance with Rule 4004 of the Federal Rules of Bankruptcy Procedure.

3. The Debtor shall appear for an examination under oath via video conference or telephonic conference on September 18, 2026 at 9:30 a.m. (the "Examination Date"), or such other date as may be mutually agreed to prior to the Examination Date, to answer any and all questions relating to the acts, conduct or property or to the liabilities or financial condition of the Debtor, or to any matter which may affect the administration of the Debtor's estate.

4. If the Examination Date is rescheduled, the Debtor shall appear on a new date and time (the "Rescheduled Examination Date") to be scheduled by the United States Trustee, after reasonable consultation with the Debtor.

5. The United States Trustee shall give the Debtor at least seven days' notice of the Rescheduled Examination Date and that notice is proper if at least seven days prior to the Rescheduled Examination Date the United States Trustee notifies Debtor's counsel by electronic mail message of the Rescheduled Examination Date.

6. The examination will continue from day to day, excluding Saturdays, Sundays, and legal holidays, until completed.

7. This Stipulation and Order may be modified only upon entry of a further order of

this Court.

**STIPULATED AND AGREED AS TO FORM AND SUBSTANCE:**

Dated: Huntington, New York
August 25, 2026

Allan B. Mendelsohn, LLP
*Attorney for the Debtor*

By: */s/ Allan B. Mendelsohn*
Allan B. Mendelsohn, Esq.
38 New Street
Huntington, NY 11743
Tel. No. (631) 923-1625

Dated: New York, New York
August 25, 2026

WILLIAM K. HARRINGTON,
UNITED STATES TRUSTEE, REGION 2

By: */s/ Nazar Khodorovsky*

Nazar Khodorovsky
Trial Attorney
One Bowling Green, Suite 510
New York, New York 10004
Tel. No. (212) 206-2580